**FURGANG & ADWAR, L.L.P.**
Philip Furgang (PF-5654)
Stephanie Furgang Adwar (SA-1711)
CenterRock East
2 Crosfield Avenue
West Nyack, New York 10994
Tel: 845-353-1818

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| ROCKLAND EXPOSITION, INC.<br><br>               Plaintiff,<br><br>    v.<br><br>ALLIANCE OF AUTOMOTIVE SERVICE PROVIDERS OF NEW JERSEY, TOM ELDER, THOMAS GRECO, THOMAS GRECO PUBLISHING, INC. and GLENN VILLACARI<br><br>               Defendants. | Case No.<br><br>**08 CIV. 7069**<br><br>RULE 7.1 STATEMENT<br><br>**JUDGE KARAS** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Rockland Exposition, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: August 8, 2008

                                      _____
                                      STEPHANIE FURGANG ADWAR
                                      SA-1711